IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**CHARLES E. RASH,**

    **Plaintiff,**

**v.**                            //         Civil Action No. 1:08CV95
                                                     (Judge Keeley)

**THOMAS STANLEY,**
**PUBLIC DEFENDER CORPORATION,**

    **Defendants.**

### ORDER ADOPTING REPORT AND RECOMMENDATION

On March 21, 2008, the pro se plaintiff, Charles E. Rash ("Rash"), filed a complaint pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge James E. Seibert for review.

On May 7, 2008, Magistrate Judge Seibert issued a Report and Recommendation ("R&R") that recommended dismissal of the case with prejudice for failure to state a claim. On June 23, 2008, Rash filed objections to the R&R.

This Court reviews objections de novo but may adopt any part of the R&R to which Rash does not object without substantive review. Wells v. Shriners Hosp., 109 F.3d 198, 199-200 (4th Cir. 1997).

Upon de novo review, the Court finds that Magistrate Judge Seibert correctly applied the applicable legal standards when he determined that Rash fails to state a claim under 42 U.S.C. § 1983 because (1) a § 1983 action may only be brought against a natural

person, not a corporation, See <u>Will v. Michigan Dep't of State Police</u>, 491 U.S. 58, 71 (1989), and (2) private attorneys and public defenders do not act under color of state law merely because they participate in a state judicial system or accept payment from a state agency. <u>Polk County v. Dodson</u>, 454 U.S. 312, 325 (1981).

Consequently, this Court **ADOPTS** the R&R (dkt no. 13) and **DISMISSES** this case **WITH PREJUDICE**.  The Clerk is ordered to **STRIKE** this case from this Court's docket.

The Clerk is directed to mail a copy of this Order to the <u>pro se</u> plaintiff, the defendant and all appropriate agencies.

Dated: July 8, 2008.

> /s/ Irene M. Keeley
> IRENE M. KEELEY
> UNITED STATES DISTRICT JUDGE